IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE CASWELL SILVER FAMILY TRUST CREATED UNDER THE TERMS OF THE CASWELL SILVER REVOCABLE TRUST U/A DATED NOVEMBER 21, 1985, AS AMENDED; THE CASWELL SILVER MARITAL TRUST CREATED UNDER THE TERMS OF THE CASWELL SILVER REVOCABLE TRUST U/A DATED NOVEMBER 21, 1985, AS AMENDED; THE CASWELL SILVER MARITAL GST EXEMPT TRUST CREATED UNDER THE TERMS OF THE CASWELL SILVER REVOCABLE TRUST U/A DATED NOVEMBER 21, 1985, AS AMENDED; THE ELIZABETH B SILVER TRUST U/A DATED JUNE 26, 1989; THE ELIZABETH B SILVER OIL TRUST U/A DATED DECEMBER 28, 1989; and THE ELIZABETH B. SILVER INSURANCE TRUST U/A DATED DECEMBER 30, 1993. | No. 10-cv-0934 BB/SMV |

### ORDER VACATING AND RESETTING TELEPHONIC HEARING

For good cause shown, the telephonic continuation of the Hearing on Respondents' Second Motion to Compel [Doc. 66], which had been set for Thursday, May 31, 2012, at 3:30 p.m., is VACATED.  The telephonic hearing is rescheduled for **Monday, June 4, 2012, at 9:00 a.m.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the telephonic hearing is reset for **Monday, June 4, 2012, at 9:00 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

**IT IS SO ORDERED.**

                                                                                                    _____
                                                                                                    **STEPHAN M. VIDMAR**
                                                                                                    **United States Magistrate Judge**